

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00808-CV

**IN THE INTEREST OF K.E.R., K.R.R., Q.A.R., AND M.C., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00816
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellee has filed a motion for an extension of time to file a brief. We grant the motion and **order** appellee's brief filed by **February 10, 2020**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court